■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES GREFER, Appellant. (Appeal No. 2.) [51 NYS3d 451]—

Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered January 9, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal tax fraud in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Grefer* ([appeal No. 1] 149 AD3d 1542 [2017]). Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.